IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNIN DULANE DODSON,<br><br>Defendant. | CR 25-30-M-DWM<br><br><br><br>ORDER |

On December 15, 2025, the United States moved unopposed for a Final Order of Forfeiture. (Doc. 28.) Having reviewed this Motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on October 6, 2025, that forfeited Defendant Dodson's interest. (Doc. 25.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 27.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The Motion for Final Order of Forfeiture, (Doc. 28), is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) free from the claims of any other party:

- Stoeger STR-9 Pistol CAL:9 SN: T6429-19U04526;
- 15 Rounds Assorted Ammunition CAL:9;
- Derya Arms (Derya Silah Sanayi) VR-60 Shotgun CAL: 12 SN:R207150; and
- 11 Rounds Assorted Ammunition CAL:12.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 15th day of December, 2025.

Donald W. Molloy, District Judge
United States District Court